WILCOX STATE
PRISON, P.O. BOX 397
Abbeville, GA. 31001

COPY OF Grievance form
Forward To Warden T. Tripp
Care + Treatment:

SOP IIB05-0001
Attachment 7
6/01/04

## Informal Grievance Form

To: Deputy Warden of Care & Treatment   T. TRIPP

Date: 1-17-09

RE: I am requesting to resolve the following Informal Grievance, prior to filing a Formal Grievance. The issue is as follows:

Date of Incident: 1-07-09 AN ON 1-17-09 OFFICER MADISON still refuse to give out Diet tray ON 2Nd shift, and told OFFICER VAUGHN ON 3rd Shift a lie that I was sleep, he came to the door and Asked if I still don't have A CArd for diet.

Resolution Requested: 3rd Shift Officer stated he had log in my diet After checking if above Name, so this officer Should Know of it from him in the log book, on 1-8-09.

Webster, Pedro     384999     1-17-09
Inmate Signature   GDC ID Number   Date

Informal Grievance forwarded to Area Supervisor _____

Response due back by: _____

Counselor's Response/ Resolution: _____

Complaint Resolved: Yes_____ No_____

Note: By my signature below, I acknowledge the receipt of and hereby indicate my agreement with the aforementioned resolution as related to this Informal Grievance.

Inmate Signature: _____

If not resolved, was a Formal Grievance requested: Yes_____ No_____

Counselor Signature _____     Date _____

Bottom Portion will serve as receipt of Informal Grievance. To be given to Inmate by Counselor.
(Cut on dotted line)

### Informal Grievance Form Receipt / SOPIIB05-0001

Inmate Name: _____   Date Informal Grievance Submitted: _____
Date of Incident: _____
Deputy Warden of Care & Treatment Name: _____
Counselor's Signature: _____