# CIVIL COVER SHEET FOR A PRISONER CASE

JUDGE _Carnes_   DIVISION _ATLANTA_
MAG. JUDGE _Cole_   IFP _N_   FEE _N_
DATE FILED __1:09-CV-171__ PREVIOUS CASES _0_   -JEC
NAME _Pedro Webster_   I.D. # _384999_
PRO SE _✓_   ATTORNEY _____
PLACE OF INCARCERATION _Wilcox State Prison_
CITY _Abbeville_   STATE _GA_   COUNTY _Wilcox_

| JURISD. | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ___ 28:2254 | Habeas action by a State prisoner challenging state convictions or sentence. |
| 3 | 535 | ___ 28:2254d | Habeas action by a State prisoner under a DEATH sentence. ___ SEND TO DISTRICT JUDGE. |
| 3 | 530 | ___ 28:2241st | Habeas action by a State prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 2 | 530 | ___ 28:2241fd | Habeas action by a Federal prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 3 | 550 | ___ 42:1983pr | State or Federal prisoner civil rights action suing state officials not involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 550 | ___ 28:1331pr | Prisoner civil rights action suing federal officials not Involving prison conditions. (A/K/A "Bivens actions"). |
| 3 | 555 | ___ 42:1983pr | State prisoner civil rights action involving prison conditions. |
| 2 | 555 | ___ 28:1331pr | Prisoner civil rights action suing Federal officials involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 540 | ___ 28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | ___ 28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | ___ 28:1332 | Any prisoner action based on diversity. |
| ___ | 540 | ___ ___ | OTHER: _____ |

___ DOCKER CLERK: Place cover sheet in acco on top of docket sheet and file, and FORWARD to Magistrate Judge assigned for IFP and/or frivolity determinations.

___ STAFF LAW CLERK:
___ Pauper's affidavit insufficient or no affidavit
___ Complaint or petition not signed or is incomplete
___ No copies
___ Other: _____

_SEC_
_SSC_
_555_
_42:1983pr_
_SCC1_